NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE STEPHEN J. GOUGH

---

2011-1343
(Serial No. 07/683,484)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

Upon consideration of Stephen J. Gough's unopposed motion to supplement his informal brief with a missing page 27 from his informal brief and a corrected table of contents,

IT IS ORDERED THAT:

The motion is granted. Gough should file copies of a corrected brief, containing the missing page 27 and table of contents, within 21 days of the date of filing of this order. No other changes to Gough's opening brief should be made.

FOR THE COURT

**AUG 2 2 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Stephen J. Gough
     Raymond T. Chen, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 2 2011

**JAN HORBALY**
**CLERK**